In the Matter of SOL DOUGLAS, an Attorney at Law in Contempt of Court, Appellant, v. FRANK F. ADEL, a Justice of the Supreme Court of the State of New York, Respondent.—Appeal from an order adjudging appellant guilty of a criminal contempt and fining him $250 dismissed, without costs. In view of the decision of the Court of Appeals (269 N. Y. 144), holding that the proper method to review the order is by certiorari, the appeal must be dismissed. Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ., concur.